Miguel Plata
T.D.C.d. No. 1710334
Ramsey I Unit- 12-19
1100 F.M. 655
Rosharon, Tx. 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk
11-2-15

Abel Acosta,
Clerk Of Court
Court Of Criminal Appeals of Tx.
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Re: Petition for Discretionary Review
(P.D.-1274-12)

Sir,
        Please provide me with a copy of
the order of the Court denying or dismissing
the above styled cause with the seal of
the Court identifying actual date of such. Also
provide me with the cost if any for requested
document and method payment. Your prompt
and expert attention to this matter would be
greatly appreciated.

C.C. Retained.                     Sincerely /s/ Miguel Plata
                                   Miguel Plata